**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

**SELENCIA ROBERTS**                                                               **PLAINTIFF**

**vs.**                                               **CIVIL ACTION NO.**  2:22-cv-41-KS-MTP

**WALGREEN CO.**                                                                   **DEFENDANT**

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that Defendant Walgreen Co. ("Defendant" or "Walgreens") has removed this civil action entitled *Selencia Roberts v. Walgreen Co.* (on the docket of the Circuit Court of Forrest County, Mississippi, and bearing civil action number 18CI1:22-cv-00015), from the Circuit Court of Forrest County, Mississippi, to the United States District Court for the Southern District of Mississippi, Eastern Division, by filing this Notice of Removal.  Pursuant to this removal, the Circuit Court of Forrest County, Mississippi, should proceed no further with this matter pursuant to 28 U.S.C. § 1441, as amended.

Walgreens appears specially and for the sole and only purpose of effecting removal to this Court, states the following as grounds for removal:

1.      This Notice of Removal has been filed within the time period prescribed in 28 U.S.C. § 1446(b).  Venue is proper in the United States District Court for the Southern District of Mississippi, Eastern Division, pursuant to 28 U.S.C. § 1441(a) and § 1446(a).

2.      Walgreens is the Defendant in the previously identified civil action now pending in the Circuit Court of Forrest County, Mississippi. Plaintiff alleges Defendant discriminated against her based on race and sex in violation of Title VII of the Civil Rights Act of 1964, all as set forth in the Complaint.

3.      Plaintiff's suit was instituted on January 31, 2022, which is the date on which the Complaint was filed. Defendant Walgreens was served with the Complaint on March 15, 2022.

1

Defendant files and presents this Notice of Removal within thirty (30) days after receipt by it, through service, of a copy of the Complaint, setting forth the claim for relief upon which such action or proceeding is based, as required by 28 U.S.C. § 1446, as amended.

4.      As grounds for removal, Defendant Walgreens states that this Court has original jurisdiction over this matter as it arises under the laws of the United States, in particular, Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 20003 *et seq.  See* 28 U.S.C. § 1331. Accordingly, Plaintiff's allegations in the Complaint state a "claim or right arising under the . . . laws of the United States," which is properly removed to this Court.  28 U.S.C. § 1441(b). This action, therefore, could have been filed originally in this Court pursuant to 28 U.S.C. § 1331, as this Court has federal question jurisdiction.

5.      As further grounds for removal, Defendant Walgreens states that Plaintiff represents in her Complaint that she is an adult resident citizen of Forrest County, Mississippi.

6.      Further, as represented by Plaintiff in her Complaint, Walgreen Co. is a foreign corporation. Walgreen Co. is an Illinois corporation, with its principal place of business in the state of Illinois, where its corporate headquarters is also located (Deerfield, Illinois).

7.      This matter has been a controversy between citizens of different states at the time of commencement and at all times since.  Therefore, there is complete diversity of citizenship between the Plaintiff and Defendant.

8.      Although the Complaint does not specify a dollar figure for the claimed damages, Plaintiff claims "actual, compensatory, special, and punitive damages" in her Complaint. Accordingly, it would be unreasonable to contend that the amount in controversy in this action does not exceed $75,000.00, exclusive of interest and costs.   Unspecified claims for punitive damages should sufficiently serve to bring the amount in controversy over the requisite jurisdictional threshold set forth in 28 U.S.C. § 1332. Upon present information and belief, the matter in controversy between

the Plaintiff and the Defendant exceeds the sum or value of Seventy-Five Thousand and No/100 Dollars ($75,000.00), exclusive of interest and costs.

9.      Nothing in this Notice of Removal shall be interpreted as a waiver or relinquishment of the Defendant's right to assert any defense or affirmative matter, including but not limited to, the defenses of 1) lack of jurisdiction over the person; 2) improper venue; 3) insufficiency of process; 4) insufficiency of service of process; 5) improper joinder of claims and/or parties; 6) failure to state a claim upon which relief may be granted; 7) the mandatory arbitrability of some or all of the Plaintiff's putative claims; 8) failure to join an indispensable party(ies); or 9) any other pertinent defense available under Miss. R. Civ. P. 12, Fed. R. Civ. P. 12, any state or federal statute or otherwise.

10.     For the foregoing reasons, this Court has jurisdiction pursuant to 28 U.S.C. §§ 1331and 1332, as amended, and 28 U.S.C. § 1367.

11.     Copies of all process, pleadings, and orders served upon Defendant Walgreens in this matter are attached hereto and incorporated fully herein by reference.

12.     Simultaneously with the filing of the Notice of Removal, Defendant has given Plaintiff Selencia Roberts, through her counsel, written notice of the removal of this action.  Defendant is also filing a copy of this Notice of Removal with the clerk of Circuit Court of Forrest County, Mississippi.

WHEREFORE, PREMISES CONSIDERED, Defendant Walgreen Co. hereby removes this action from the Circuit Court of Forrest County, Mississippi, to the United States District Court for the Southern District of Mississippi, Eastern Division.

Respectfully submitted this the 5th day of April, 2022.

RESPECTFULLY SUBMITTED,
WALGREEN CO., DEFENDANT


/s/  Amanda Alexander
BY: AMANDA ALEXANDER, MSB #101463

3

OF COUNSEL:
Amanda Alexander, MSB #101463
ALEXANDER LAW, P.A.
Post Office Box 1664
Jackson, Mississippi 39215-1664
Phone: 601.968.8571
Fax: 601.968.8574
Email: aga@alexanderlawpa.com
ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I, Amanda Alexander, one of the attorneys for Defendant Walgreen Co., do hereby certify

that I have electronically filed the above and foregoing with the Clerk of Court using the ECF system,

which sent notice of the same to the following:

Daniel M. Waide, Esq.
JOHNSON, RATLIFF & WAIDE, PLLC
1300 Hardy Street
Hattiesburg, Mississippi 39401
Phone: (601) 582-4553
Fax: (601) 582-4556
Email: dwaide@jhrlaw.net
ATTORNEY FOR PLAINTIFF

SO CERTIFIED, this the 5th day of April, 2022.

/s/  Amanda Alexander
BY: AMANDA ALEXANDER, MSB #101463