# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

**SELENCIA ROBERTS**                                                                           **PLAINTIFF**

**vs.**                                          **CIVIL ACTION NO. 2:22-cv-41-KS-MTP**

**WALGREEN CO.**                                                        **DEFENDANT**

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE came before this Court on the parties' *ore tenus* Joint Motion to Dismiss all Plaintiff Selencia Roberts' claims against Defendant Walgreens Co. with prejudice and announce that all matters and things herein at issue between Plaintiff Selencia Roberts and Defendant Walgreen Co. have been compromised and settled and having considered said Motion, is of the opinion that the motion is well taken and should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that all of Plaintiff Selencia Roberts' claims against Defendant Walgreens Co. be dismissed with prejudice, with each party to bear its own costs.

SO ORDERED this 14th day of October 2022.

                                                   /s/ Keith Starrett
                                                   KEITH STARRETT
                                                   U.S. DISTRICT COURT JUDGE

| PREPARED AND PRESENT BY: | AGREED TO BY: |
|---|---|
| /s/Amanda Alexander | /s/Daniel Waide |
| Amanda Alexander, MSB #101463 | Daniel M. Waide, MSB #103543 |
| ALEXANDER LAW, P.A. | JOHNSON, RATLIFF & WAIDE, PLLC |
| Post Office Box 1664 | 1300 Hardy Street |
| Jackson, Mississippi 39215-1664 | Post Office Box 17738 |
| Phone: (601) 968-8571 | Hattiesburg, Mississippi 39404 |
| Facsimile: (601) 968-8574 | Phone: 601.582.4553 |
| Email: aga@alexanderlawpa.com | Facsimile: 601.582.4556 |
| ATTORNEY FOR DEFENDANT | Email: dwaide@jhrlaw.net |
| | ATTORNEY FOR PLAINTIFF |